EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2009 TSPR 129 |
| José Luis Novas Dueño | 176 DPR _____ |

Número del Caso: AB-2003-219

Fecha: 7 de agosto de 2009

Abogado de la parte Peticionaria:

Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

José Luis Novas Dueño                    AB-2003-219

Sala de Verano integrada por el Juez Asociado señor Rivera Pérez como su Presidente, la Juez Asociada señora Rodríguez Rodríguez y la Jueza Asociada señora Pabón Charneco

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de agosto de 2009

Evaluada la *Solicitud de Reinstalación al Ejercicio del Notariado* presentada por la parte promovida por derecho propio y en vista de que el Lcdo. José Luis Novas Dueño ha subsanado los defectos de su obra notarial, se ordena la reinstalación del licenciado Novas Dueño al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo